IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,      §
                               §
V.                             §        No. 3:17-CR-468-D (10)
                               §
FRANCISCO MORENO,              §
                               §
            Defendant.         §

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court therefore determines that the untimely filing of the notice of appeal was due to excusable neglect. The court returns this case to the United States Court of Appeals for the Fifth Circuit for appropriate action.

**SO ORDERED**.

December 20, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE